# Third District Court of Appeal

## State of Florida

Opinion filed February 8, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1830
Lower Tribunal No. F81-3272A
_____

**Parnell Smith,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Parnell Smith, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before EMAS, HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed. § 947.16(3), Fla. Stat. (1981) ("When any person is convicted of two or more felonies and consecutive sentences are imposed, then the jurisdiction of the trial court judge as provided herein shall apply to one-third of the total consecutive sentences imposed."); § 921.16(1), Fla. Stat. (1981) ("A defendant convicted of two or more offenses charged in the same indictment . . . shall serve the sentences of imprisonment concurrently unless the court directs that two or more of the sentences be served consecutively."); see also Hale v. State, 630 So. 2d 521, 524–25 (Fla. 1993) (limiting its holding to sentencing of habitual offenders); Almendares v. State, 916 So. 2d 29, 30 (Fla. 4th DCA 2005) (finding exception to rule involving sentences imposed under various sentencing enhancement statutes "not applicable to the present case as [appellant] was **not** sentenced pursuant to a sentencing enhancement statute").